## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: GREGORY W. RICKER, | : | Bky. No. 10-10069 ELF |
| | : | |
| OPPENHEIMER & CO. INC., | : | Chapter 7 |
| Plaintiff, | : | |
| v. | : | |
| GREGORY RICKER, | : | Adv. No. 10-0124 |
| Defendant. | : | |

# O R D E R

**AND NOW**, following a trial of the above adversary proceeding and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** and **DETERMINED** that:

1. Plaintiff Oppenheimer & Co., Inc.'s claim is **NOT EXCEPTED** from discharge under 11 U.S.C. §523(a)(2).

2. Judgment is entered in favor of the Defendant and against the Plaintiff on the Plaintiff's claim under 11 U.S.C. §523(a)(2).

**Date: July 19, 2012**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE